ALDRICH & BRYSON, LLP
JOHN P. ALDRICH
1601 S. Rainbow Boulevard, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 853-5491

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
SHANE P. SANDERS
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

SHUMAN & BERENS LLP
KIP B. SHUMAN
JEFFREY A. BERENS
801 East 17th Avenue
Denver, Colorado 80218
Telephone: (303) 861-3003
Facsimile: (303) 830-6920
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CARUSO, Derivatively On Behalf of SUNTERRA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS J. BENSON, JAMES A. WEISSENBORN, STEVEN E. WEST, ROBERT A. KRAWCZYK, DAVID GUBBAY, JAMES H. DICKERSON, JR., OLOF S. NELSON, CHARLES F. WILLES, JOSEPH JACOBS, BRADFORD T. WHITMORE and FREDERICK SIMON,<br><br>Defendants,<br><br>-and-<br><br>SUNTERRA CORPORATION, a Maryland corporation,<br><br>Nominal Defendant. | No. 2:06-CV-01428-PMP-GWF<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned shareholder derivative action (the "Action"), through their counsel, hereby enter into this Stipulation of Dismissal With Prejudice, and in support thereof aver as follows:

1. On or about November 8, 2006, Plaintiff John Caruso filed a Verified Shareholder Derivative Complaint in this Court on behalf of Sunterra Corporation ("Sunterra") alleging violations of the Sarbanes-Oxley Act of 2002 and Section 14(a) of the Securities Exchange Act of 1934, breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets and unjust enrichment.  These claims were filed after Sunterra announced that it would restate its financial statements for 2002 through 2005 to account for certain tax liabilities relating to Sunterra's operations and affiliates in Europe.

2. On or about March 12, 2007, Sunterra announced that it had signed a merger agreement under which DRS Acquisition Corporation ("DRS"), an affiliate of Diamond Resorts, LLC ("Diamond Resorts"), would commence a tender offer for all of Sunterra's issued and outstanding common stock at a purchase price of $16.00 per share in cash in a transaction valued at more than $700 million (the "Tender Offer").

3. On March 12, 2007, Plaintiff John Caruso filed a Shareholder Class Action Complaint in the District Court, Clark County, Nevada (the "Caruso State Court Class Action") on behalf of a putative class of all owners of Sunterra's common stock, except defendants and their affiliates.  The Caruso State Court Class Action alleged that certain directors and officers breached their fiduciary duties to Sunterra's shareholders and engaged in self-dealing by, among other things, agreeing to the Tender Offer at an inadequate price, under unfair terms and without adequate disclosures.  Plaintiff Caruso sought, *inter alia*, a judgment that defendants breached their fiduciary duties by negotiating the merger agreement, that the Tender Offer be enjoined, and that he be awarded damages as well as attorneys' fees and costs.

4. On March 13, 2007, Thomas Saullo, who had previously filed a shareholder derivative complaint in the District Court, Clark County, Nevada, filed an Amended Verified Derivative and Class Action Complaint (the "Saullo Class Action"), individually and on behalf

of a putative class of all owners of Sunterra's common stock, other than defendants and their affiliates, bringing substantially similar claims to those alleged in the Caruso State Court Class Action.

5. On April 19, 2007, the state court ordered the Caruso State Court Class Action and the Saullo Class Action consolidated under the caption *In re Sunterra Corporation Shareholder Litigation*, Lead Case No. A525433, in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark (the "Consolidated Action").

6. On April 20, 2007, the Court stayed this Action.

7. Between June 12, 2007 and June 22, 2007, the parties entered into a Stipulation and Agreement of Compromise, Settlement and Release (the "Stipulation of Settlement") which resolves this Action as well as the Consolidated Action.

8. Pursuant to the terms of the Stipulation, notice to Sunterra shareholders is being provided in the Consolidated Action, and such notice explicitly references and discusses this Action. The parties believe that this notice adequately apprises shareholders of the dismissal, with prejudice, of this Action. A copy of the Stipulation is attached hereto as Exhibit A. The Stipulation is subject to approval of the court in the Consolidated Action following notice to the shareholders and an opportunity to object.

9. The parties respectfully request that the Court enter this Order dismissing the Action with prejudice.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| DATED: July 20, 2007 | ALDRICH & BRYSON, LLP<br>JOHN P. ALDRICH |

                                                                         /s/<br>                                    JOHN P. ALDRICH

1601 S. Rainbow Boulevard, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 853-5491

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
SHANE P. SANDERS
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

SHUMAN & BERENS LLP
KIP B. SHUMAN
JEFFREY A. BERENS
801 East 17th Avenue
Denver, Colorado 80218
Telephone: (303) 861-3003
Facsimile: (303) 830-6920

Attorneys for Plaintiff

| | |
|---|---|
| DATED: July 20, 2007 | HALE LANE PEEK DENNISON & HOWARD<br>J. STEPHEN PEEK<br>JUSTIN C. JONES |

                                                                         /s/<br>                                    JUSTIN C. JONES

3930 Howard Hughes Parkway
Fourth Floor
Las Vegas, NV 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940

WEIL, GOTSHAL & MANGES LLP
MIRANDA SCHILLER
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310 8000
Facsimile: (212) 310 8007

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

|   |   |   |
|---|---|---|
| 1 |   | WEIL, GOTSHAL & MANGES LLP |
| 2 |   | VANCE L. BEAGLES |
|   |   | 200 Crescent Court, Suite 300 |
| 3 |   | Dallas, TX 75201 |
|   |   | Telephone: (214) 746 7700 |
| 4 |   | Facsimile:  (214) 746 7777 |

Attorneys for Individual Defendants James A. Weissenborn, Robert A. Krawczyk, David Gubbay, James H. Dickerson, Jr., Olof S. Nelson, Charles F. Willes, Joseph Jacobs, Bradford T. Whitmore, Frederick Simon and Nominal Defendant Sunterra Corporation

DATED: July 20, 2007

DEBEVOISE & PLIMPTON, LLP
W. NEIL EGGLESTON
SCOTT N. AUBY
ERIN W. SHEEHY

/s/
SCOTT N. AUBY

555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 383-8000
Facsimile:  (202) 383-8118

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER
JOHN L. THORNDAL
JAMES J. JACKSON
1100 E. Bridger Avenue
Las Vegas, NV 89125
Telephone: (202) 383-8000
Facsimile:  (202) 383-8118

*Attorneys for Defendant Stephen West*

- 4 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: July 20, 2007                CARRINGTON, COLEMAN, SLOMAN &
                                     BLUMENTHAL, LLP
                                     BRUCE W. COLLINS

                                                    /s/
                                     ─────────────────────────────
                                            BRUCE W. COLLINS

                                     901 Main Street, Suite 5500
                                     Dallas, TX 75202
                                     Telephone: (214) 855-3000
                                     Facsimile:  (214) 855-1333

                                     *Attorney for Defendant Nicholas J. Benson*

It is hereby ORDERED, ADJUDGED, AND DECREED:

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, this Action is dismissed with prejudice.  Each party will pay its own fees and costs, except as otherwise provided in the Stipulation of Settlement.

IT IS SO ORDERED.


DATE:__July 23, 2007_____            ─────────────────────────────
                                          HONORABLE PHILIP M. PRO
                                          UNITED STATES DISTRICT JUDGE

- 5 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE